*Emergency*

4

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MARYLAND CIVIL DEPARTMENT

USDC- GREENBELT
'24 APR 4 AM 10:48

| | |
|---|---|
| **THOMAS W. HODGE, ET AL** ) <br> Plaintiff Substitute trustee(s) ) <br> ) <br> Vs. ) <br> ) <br> OLAN THOMAS ) <br> Et Al Defendant ) | IN THE CIRCUIT COURT FOR <br> PRINCE GEORGE'S COUNTY, <br> MARYLAND <br> CASE NO.: CAEF19-00059 |

PX 24CV0980

**Angela Ivey Thomas** )
**Plaintiff** )
)
Vs. )
 MARYLAND )
GLADYS M. WEATHERSPOON )
THOMAS W. HODGE, )
JOHN A. ANSELL
BROCK & SCOTT, PLLC
ET AL Defendants

HD

Rcv'd by: AJ

------------------------------------------------------------x

Written Testimony BY:
Angela Ivey: Thomas © corp.
Competent Witness
Hereafter the Plaintiff

## Notice Of Removal To United States District Court

Comes now the Defendant(s), **Angela Ivey: Thomas**, and notifies the parties and the Court that this cause has been removed to the jurisdiction of the United States, by stating the following:

1. There have been, and continue to be, violations against the civil and constitutional rights of this/these undersigned Defendant(s) in this cause, and which have not been duly protected.

2. Accordingly, and commensurate with certain issues within these state proceedings also giving independent rise to federal subject-matter jurisdiction, this cause has now been removed to the United States District Court for the District of Maryland.

1

3. As the Court and all parties can clearly confirm, the attached Notice regarding Petition For Removal that was filed in said federal court on or abuot 4/2/2024.

4. The parties and this Court are hereby given formal **notice** that the combination of filings made under both this cause now herewith, as well as within the aforementioned federal court, *automatically* **divests** this Court of **any and all** further authority and jurisdiction over these proceedings – **bar none** (*see* 28 USC § 1446 (d)) – and, *therefore*, there will be **NO** more hearings, orders, or *any* other proceedings held, made, or done within this state cause until, and unless, further notice or order is first made by the Federal judge of said United States District Court.

Respectfully submitted,

*Angela Ivey Thomas*  4/2/2024
Angela/Ivey: Thomas
Without Prejudice UCC 1-308
MAILING: c/o

c/o 903 Sero Estate Dr
Ft. Washington, MD
20744

## CERTIFICATE OF SERVICE

I hereby certify that, on this ____4____ day of April, 2024, a true and complete copy of the foregoing notice of removal, has been filed with clerk and by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in these proceedings.

THOMAS W. HODGE, ET AL
Plaintiff Substitute trustee(s)

Attorney
Thomas W. Hodge, Esq.
John A. Ansell, Esq.
Brock & Scott, PLLC
7564 Standish Place
Suite 115
Rockville, Maryland 20852

Clerk's Offices
Circuit Court for the State of Maryland
410-333-3733 111 N. Calvert St, Room 412,
Baltimore, MD 21202. Xavier Conaway,
Clerk of Circuit Court.

Respectfully Submitted,
Ls:// *Angela Ivey Thomas*
**Angela Ivey: Thomas**
**MAILING: c/o** 15806 Appleton Terrace, Rural Route, Bowie, Maryland 20716

903 Sero Estate Dr.
Ft. Washington. MD
20744

3